**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-95-00733-CV

**EARL STEPHENSON, Appellant**

**V.**

**SMS FINANCIAL II, L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 94-11846-A**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE